JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BERENGUT,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:23-cv-07985 PA (SSCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: September 23, 2023 |

    Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

    IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

    **IT IS SO ORDERED.**

Dated: March 7, 2024

                                                        Percy Anderson
                                            United States District Judge